**B-E-C-K McLAUGHLIN & ASSOCI- ATES, Petitioner and Appellee,**

v.

**The RENEGOTIATION BOARD, Appellant.**

**No. 24661.**

United States Court of Appeals, Ninth Circuit.

July 7, 1971.

James H. Prentice (argued), Special Litigation Atty., L. Patrick Gray, III, Washington, D. C., for appellant.

Simon Wampold (argued), Josef Diamond, Seattle, Wash., for appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and VON DER HEYDT, District Judge.

PER CURIAM:

We are unable to find either errors of law by the Tax Court or that the findings of fact are arbitrary or capricious.

The case is affirmed on the opinion of the Tax Court, TC Memo 1969–15; see ¶69,015 P–H Memo TC.

■

**UNITED STATES of America, Plaintiff-Appellant,**

v.

**MIDLAND INDEPENDENT SCHOOL DISTRICT and Dr. James H. Mailey, Superintendent, Defendants-Appellees.**

**No. 30799.**

United States Court of Appeals, Fifth Circuit.

June 28, 1971.

Rehearing Denied Aug. 10, 1971.

Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., Jerris Leonard, Asst. Atty. Gen., Brian Landsberg, Atty., David L. Norman, Asst. Atty. Gen., Civil Rights Div., Dept. of Justice, Washington, D. C., for appellant.

Thornton Hardie, Jr., Midland, Tex., for appellees.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

The judgment of the district court as it relates to pupil assignment in the elementary schools of the Midland Independent School District is vacated. The case is remanded with the direction that the district court require the school board *forthwith* to constitute and implement a pupil assignment plan that complies with the principles established in Swann v. Charlotte-Mecklenburg Board of Education, 1971, 402 U.S. 1, 91 S.Ct. 1267, 28 L.Ed.2d 554.

The district court shall require the school board to file semi-annual reports during the school year similar to those required in United States v. Hinds County School Board, 5 Cir. 1970, 433 F.2d 611, 618–619.

Vacated and remanded with directions.

The Clerk is directed to issue the mandate forthwith.